UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
GLENN JOHNSON,

                              Plaintiff,

    -against-                            18-CV-5623 (ALC)

CITY OF NEW YORK, ET AL.,                **ORDER**

                            Defendants.

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

In this Court's Opinion & Order issued on December 23, 2019, Plaintiff was granted leave to amend his complaint as to his excessive force claims. Should Plaintiff which to file an amended complaint, he should do so on or before **January 24, 2020**.

**SO ORDERED.**

Dated: December 23, 2019
      New York, New York

_____
                     ANDREW L. CARTER, JR.
                     United States District Judge