UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Glenn Johnson

Write the full name of each plaintiff.

18 CV 5623 (ALC)

(Include case number if one has been assigned)

-against-

Amended
COMPLAINT

City of New York, New York City Police Department, Det. Jalin Buiding # 975, Detective Robert Bentas, Detective Bryan leoTe

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

EIGHTH AND FOURTEETH AMENDMENT

### B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, GlENN JOHNSON (PRO-SE), is a citizen of the State of
(Plaintiff's name)

NEW YORK CITY
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, __DeT. JAliN BulDiNG #975__, is a citizen of the State of
(Defendant's name)

__New yoRk__

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__GleNN__                                          __JoHNSoN (pRo-se)__
First Name            Middle Initial         Last Name

__880 BoyNToN Ave APT #19G__
Street Address

__BRoNX__            __New yoRk__         __10473__
County, City              State                Zip Code

Telephone Number
__(347) 485-9068 (cell)__

Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:   JAlin                          BUIlDiNG #975
               First Name                     Last Name

               DeTecTive  43RD PRecINCT
               Current Job Title (or other identifying information)

               900 FTeley Ave
               Current Work Address (or other address where defendant may be served)

               BRONX                   New yoRk            10473
               County, City            State               Zip Code

Defendant 2:   RoBeRT                         ReNTAS
               First Name                     Last Name

               DeTecTive  43RD PRecINCT
               Current Job Title (or other identifying information)

               900 FTeley Ave
               Current Work Address (or other address where defendant may be served)

               BRONX                   New yoRk            10473
               County, City            State               Zip Code

Defendant 3:   BRyAN                          leoTe
               First Name                     Last Name

               DeTecTive  43RD PRecINCT
               Current Job Title (or other identifying information)

               900 FTeley Ave
               Current Work Address (or other address where defendant may be served)

               BRONX                   New yoRk            10473
               County, City            State               Zip Code

Page 4

Defendant 4: _____

    First Name                Last Name

    Current Job Title (or other identifying information)

    Current Work Address (or other address where defendant may be served)

    County, City            State           Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: 900 Fteley Ave 43RD Precinct Bronx, New York 10473

Date(s) of occurrence: September 7TH, 2016

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

ON SEPTEMBER 7TH, 2016 AT 900 Fteley Ave 43RD PRECINCT I HAD A ARGUEMENT WITH DETECTIVE JALIN BUILDING#975 INSIDE THE HOLDEN PEN WERE I WAS BEING HELD DETECTIVE JALIN BUILDING#975 OPEN THE CELL DOOR AND PULLED ME OUT CURSING MY HEAD AND BODY TO HIT THE WALL DETECTIVE JALIN BUILDING#975 AND TWO(2) JOHN DOE'S THAN GRAB ME BY MY ARMS AND BODY AND SHOVED ME AGAINST THE WALL AND PLACED ME IN TIGHT HAND CUFFS AND PUSH ME INSIDE THE HOLDEN PEN WITH TIGHT HAND CUFF ON I WAS SCREAMING THAT I WANTED TO GO TO THE HOSPITAL WERE THE OFFICERS REFUSED MY MEDICAL TREATMENT.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Head injuries, Bump on Fore Head (Briuses) Head Pain Tighted Handcuffs Briuses on left and right wrists Numb wrists, Refused medical Treatment

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Wherefore Glenn Johnson Prays for Judgement in His Favor and Damages in His Favor Against All Defendents in an Amount Sufficient To compensate Him for Pain and suffering By Him Due To The Excessive force and intentional misconduct of Defendants But in no event less than $2,000,000 Together With Court Fees and Cost and Such Additional Relief as The court may Deem Just and Proper.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 1/21/20 | Glenn Johnson |
| Dated | Plaintiff's Signature |
| Glenn | Johnson (PRO-SE) |
| First Name / Middle Initial | Last Name |

880 Boynton Ave APT#19G
Street Address

Bronx / New York / 10473
County, City / State / Zip Code

(347) 485-9068
Telephone Number / Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.