UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GLENN JOHNSON,

                Plaintiff,

-against-                                18 **CIVIL** 5623 (ALC)

**JUDGMENT**

CITY OF NEW YORK, ET AL.,

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 11, 2020, Defendants' motion to dismiss is granted; accordingly, this case is closed.

**Dated:**  New York, New York
            June 12, 2020

                                                     **RUBY J. KRAJICK**
                                                     _____
                                                            Clerk of Court
BY:
                                                         _____
                                                            Deputy Clerk